# United States Court of Appeals for the Fifth Circuit

———————

No. 24-11093
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
August 14, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Daja Webb,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-179-1

———————————————————

Before Elrod, *Chief Judge*, and Jones and Smith, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Daja Webb has moved for leave to withdraw and filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Webb did not file a response. We have reviewed counsel's brief, and the relevant portions of the record reflected therein. We concur with counsel's

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-11093

assessment that the appeal presents no nonfrivolous issue for appellate review.

The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.